**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**HILARIO CASTILLO SANCHEZ** — **CASE NO. 3:26-CV-01998 SEC P**

**VERSUS** — **JUDGE ROBERT R. SUMMERHAYS**

**BRIAN ACUNA, ET AL.** — **MAG. JUDGE KAYLA D. MCCLUSKY**

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court,[1] and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Hilario Castillo Sanchez's petition is DENIED AND DISMISSED WITH PREJUDICE.

THUS DONE in Chambers on this 28th day of October, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner's Objection [ECF No. 9] is OVERRULED for the reasons stated in *Rodriguez v. Vergara*, 26-50183, 2026 WL 3181188 (5th Cir. Oct. 23, 2026).